IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| HAKEEM McPHERSON | : | VIOLATION<br>18 U.S.C. § 922(g)(1) (possession of<br>a firearm by a felon – 1 count)<br>Notice of forfeiture |
| | : | |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 30, 2020, in Northampton County, in the Eastern District of Pennsylvania, defendant

**HAKEEM McPHERSON,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Ruger, model LCP II, .22 LR caliber semiautomatic pistol, with an obliterated serial number subsequently restored to 380712739, loaded with ten live rounds of .22 caliber ammunition, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

## HAKEEM McPHERSON

shall forfeit to the United States of America the firearm and ammunition involved in the commission of the offense, including:

1. a Ruger, model LCP II, .22 LR caliber semiautomatic pistol, with an obliterated serial number subsequently restored to 380712739; and

2. ten live rounds of .22 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

███████████████
GRAND JURY FOREPERSON

*[signature]*
**WILLIAM M. McSWAIN**
**United States Attorney**

No. 20-

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

HAKEEM McPHERSON

---

## INDICTMENT

Count

18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)
Notice of forfeiture



A true bill

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____